UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARY KAY WEISS,**

   Plaintiff,

v.                                                                              No. 4:22-CV-331-P

**EQUIFAX INFORMATION SERVICES LLC,
ET AL.,**

   Defendants.

## ORDER

The Court received notification that the Parties settled in the instant dispute. The Court therefore **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before November 10, 2022.**

**SO ORDERED** on this **13th day of October 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE